**ORDERED.**

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

**Dated: January 15, 2010**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> SHANE T. MAPLES and <br> HEEJAE VANHAUN <br><br> Debtors. | Chapter 13 <br><br> No: 4-08-bk-18707-EWH |
| WELLS FARGO FINANCIAL, INC., <br><br> Movant, <br><br> v. <br><br> SHANE T. MAPLES and <br> HEEJAE VANHAUN and <br> DIANNE C. KERNS, Trustee, <br><br> Respondent. | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion, and after appropriate notice and opportunity for a hearing, no party in interest having objected to such Motion;

1  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 139, VILLAGE GREEN, ACCORDING TO BOOK 11 OF MAPS, PAGES 84 AND 84A, RECORDS OF COCHISE COUNY, ARIZONA.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed
this 17th day of December, 2009, to:

SHANE T. MAPLES
HEEJAE VANHAUN
8225 E. Speedway Blvd. #507
Tucson, AZ 85710

WAYNE MORTENSEN
1837 S. Mesa Dr., #A103
Mesa, AZ 85210

DIANNE C. KERNS
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741-2305

 s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012